THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAQURISHA RUSS, an individual,<br><br>                    Plaintiff,<br><br>   v.<br><br>HNN ASSOCIATES, LLC; VALLEY VIEW I LIMITED PARTNERSHIP; and GENESIS CREDIT MANAGEMENT, LLC,<br><br>                    Defendants. | NO. 2:20-cv-1128-RSM<br><br>FIRST AMENDED STIPULATION AND ORDER OF DISMISSAL OF COLUMBIA DEBT RECOVERY, LLC<br><br><br><br><br><br>**NOTED FOR MOTION CALENDAR:<br>MAY 5, 2022** |

## STIPULATION

Under Fed. R. Civ. P. 41, the parties hereto hereby submit this first amended stipulation and request the Court enter an order dismissing this case with prejudice as against Defendant Columbia Debt Recovery, LLC dba Genesis Credit Management LLC without award of fees or costs to the parties hereto, as the parties hereto have settled the matter. This stipulation does not include the other Defendant in this matter, HNN Associates, LLC and Valley View I Limited Partnership.

FIRST AMENDED STIPULATION AND ORDER OF DISMISSAL OF COLUMBIA DEBT RECOVERY, LLC DBA GENESIS CREDIT MANAGEMENT LLC  – 1
(Case No. 2:20-cv-1128)

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  Dated: May 5, 2022

2  GORDON REES SCULLY MANSUKHANI, LLP

3

4  By:  s/ Petra N. Ambrose
        Petra N. Ambrose, WSBA #48924
5       Sarah Turner, WSBA #37748
        701 Fifth Avenue, Suite 2100
6       Seattle, WA 98104
        Phone: (206) 695-5141
7       Fax: (206) 689-2822
        Email:  pambrose@grsm.com
8               sturner@grsm.com

9  *Attorneys for Defendant Columbia Debt Recovery, LLC dba Genesis Credit Management LLC*

10

11  NORTHWEST CONSUMER LAW CENTER

12  By: s/ Amanda N. Martin
        Amanda N. Martin, WSBA #49581
13      Alyssa P. Au, WSBA #52594
        936 North 34th Street, Suite 300
14      Phone:  206-805-0989
        Seattle, WA  98103
15      Email:  Amanda@nwclc.org
                alyssa@nwclc.org
16

17  *Counsel for Plaintiff*

18  PERYEA SILVER TAYLOR, P.S.

19

20  By: s/ Mary B Reiten
        Mary B. Reiten, WSBA #33623
21      901 5th Avenue, Suite 820
        Seattle, WA 98164-1005
22      Phone:  (206) 403-1933, Ext. 111
        Fax:  (206) 858-6368
23      Email:  mreiten@pstlawyers.com

24  *Co-Counsel for Plaintiff*

25

26

FIRST AMENDED STIPULATION AND ORDER OF DISMISSAL OF COLUMBIA DEBT RECOVERY, LLC DBA GENESIS CREDIT MANAGEMENT LLC  – 2
(Case No. 2:20-cv-1128)

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above captioned action shall be dismissed with prejudice as against Defendant Columbia Debt Recovery, LLC dba Genesis Credit Management LLC, without award of fees or costs to the parties hereto.

DATED this 9th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

By: *s/ Petra N. Ambrose*
    Petra N. Ambrose, WSBA #48924
    Sarah Turner, WSBA #37748
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5141
    Fax: (206) 689-2822
    Email: pambrose@grsm.com
           sturner@grsm.com

*Attorneys for Defendant Columbia Debt Recovery, LLC dba Genesis Credit Management LLC*

NORTHWEST CONSUMER LAW CENTER

By: *s/ Amanda N. Martin*
    Amanda N. Martin, WSBA #49581
    Alyssa P. Au, WSBA #52594
    936 North 34th Street, Suite 300
    Phone: 206-805-0989
    Seattle, WA 98103

FIRST AMENDED STIPULATION AND ORDER OF DISMISSAL OF COLUMBIA DEBT RECOVERY, LLC DBA GENESIS CREDIT MANAGEMENT LLC – 3
(Case No. 2:20-cv-1128)

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Email:  Amanda@nwclc.org
          alyssa@nwclc.org

*Counsel for Plaintiff*

PERYEA SILVER TAYLOR, P.S.

By: *s/ Mary B. Reiten*
   Mary B. Reiten, WSBA #33623
   901 5th Avenue, Suite 820
   Seattle, WA 98164-1005
   Phone:  (206) 403-1933, Ext. 111
   Fax:  (206) 858-6368
   Email:  mreiten@pstlawyers.com

*Co-Counsel for Plaintiff*

---

FIRST AMENDED STIPULATION AND ORDER OF DISMISSAL OF COLUMBIA DEBT RECOVERY, LLC DBA GENESIS CREDIT MANAGEMENT LLC  – 4
(Case No. 2:20-cv-1128)

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822