UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAQURISHA RUSS, | CASE NO. C20-1128-RSM-TLF |
| Plaintiff, | ORDER OF REMAND |
| v. | |
| HNN ASSOCIATES LLC ET AL., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation filed by Defendants, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, Dkt. #75;

(2) Plaintiff's state law claims are remanded to the Superior Court for the State of Washington in and for King County;

(3) The Court declines to rule on pending motions, due to the remand; and

(4) The Clerk is directed to mail a certified copy of this Order to the Clerk of the Superior Court for the State of Washington in and for King County.

DATED this 2nd day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND – 1